**HOFFMAN & POLLOK LLP**
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 26 2006 ★
P.M. _____
TIME A.M. _____

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

February 15, 2006

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Berkun, et. al*, No. 00 Cr. 1248 (S-1)(ILG)

(00CR 930)

Dear Judge Glasser:

    I request that the sentence in the instant matter be adjourned to a date in June 2006. This request is being made with the agreement of AUSA Michael Asaro. Kim Thomas, the mother of Mr. Berkun's two infant children will be undergoing a surgical procedure in the next 4 to 6 weeks and it is expected she will need approximately one month thereafter for recovery. They have two young children ages 1 and 2 whose care Mr. Berkun will be primarily responsible for during Kim's recovery.

    Additionally, Mr. Asaro is still in the information gathering stage of the 5K1 letter, which he will be presenting to the Court.

    Thank you very much for your courtesy and consideration.

Very truly yours,

Jeffrey C. Hoffman

JCH/afc

cc: AUSA Michael Asaro

---

Application Granted.

Sentencing of defendant Alan Berkun is adjourned to June 27th, 2006 @ 10am.

I. Leo Glasser, USDJ      2/16/06